EBENEZER PENNOCK, President, etc., Respondent, v. CHAR-
LOTTE STEWART et al., Appellants.

(Submitted June 16, 1874; decided June 19, 1874.)

*Wm. C. Ruger* for the appellants.

*Frank Hiscock* for the respondent.

Agree to dismiss appeal. No opinion.
All concur.
Appeal dismissed.